ELECTRONICALLY FILED
3/31/2025 8:59 AM
47-CV-2025-900835.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>47-CV-2025-900835.00<br><br>Date of Filing:<br>03/31/2025 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### GLENNA MILAM ET AL v. COUNTRY MUTUAL INSURANCE CO. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

---

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**

SIN027       3/31/2025 8:59:16 AM       /s/ THOMAS BARTON SINIARD
             Date                        Signature of Attorney/Party filing this form

---

**MEDIATION REQUESTED:** ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES  ☑ NO

ELECTRONICALLY FILED
3/31/2025 8:59 AM
47-CV-2025-900516.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | |
|---|---|
| **GLENNA MILAM AND DAVID THROWER,** | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| **v.** | ) **Case No.: CV25_____** |
| | ) |
| **COUNTRY MUTUAL INSURANCE COMPANY; TRAVIS PEETE; (AND FICTITIOUS DEFENDANTS A, B, C, D, E)** | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

## <u>COMPLAINT</u>

1. Plaintiffs Glenna Milam and David Thrower are adult residents of Madison County, Alabama.

2. Defendant Country Mutual Insurance Corporation (hereinafter "Country") is an insurance corporation licensed to do business in the state of Alabama and is subject to regulations promulgated by the Alabama Commissioner of Insurance, Chapter 482-1-125, et seq.

3. Defendant Travis Peete, upon information and belief, is an adult resident of Madison County, Alabama and was an agent, representative, or employee of Country at the time of events complained of in this cause of action.

4. The residential property at issue in this matter is located within Madison County, Alabama and the amount in controversy is within the jurisdictional limits of this Court.

5. Fictitious Defendants A, B, C, D, E, are those entities or individuals who issued a policy of homeowner's insurance to the plaintiff in effect in July of 2024, those entities or individuals who were legally responsible for the paying the insurance claim at issue, the individuals who willfully failed to pay the insurance claim at issue, the individuals who failed to investigate the claim at issue, and those entities that are currently designated in this cause of action as Country Mutual Insurance Company.

## COUNT ONE

### BREACH OF HOMEOWNER'S INSURANCE POLICY – DEFENDANT COUNTRY

6. Plaintiffs Glenna Milam and David Thrower own a house located at 1458 McMullen Road, Gurley, Alabama 35748, which is their primary residence. Plaintiffs obtained a policy of homeowners' insurance with Country for said home on June 12, 2014 that was in effect at the time of the subject incident.

7. On July 25, 2024, the plaintiffs suffered significant damage to their home and property when a refrigerator line broke flooding their home.

8. The damage sustained in the flooding incident was duly reported to Country and a claim was opened (Claim number: 600-0986870).

9. Plaintiffs have fulfilled all conditions precedent to receiving the compensation afforded by their homeowner's insurance policy through Country.

10. While partial payments were made in the months following the incident, the full amount of compensation owed to the Plaintiffs under the policy was not agreed to be paid until March of 2025 after the plaintiffs retained legal counsel, an unreasonable and willful delay, which constitutes a breach of the homeowner's contract.

11. As a result of this breach of contract, Plaintiffs have been caused to suffer the loss of the use and enjoyment of their primary residence for an unreasonably delayed period of time, leading to mental anguish and loss of mental solicitude.

12. Said breach of contract is in violation of the regulations set forth by the Alabama Commissioner of Insurance, Chapter 482-1-125.07 *Standards for Prompt, Fair, and Equitable Settlements Applicable to All Insurers.*

**WHEREFORE**, Plaintiffs demand a judgment in an amount to be determined by a jury, plus costs.

## COUNT TWO

### BAD FAITH FAILURE TO PROPERLY PAY DAMAGES UNDER HOMEOWNER'S INSURANCE POLICY – DEFENDANT COUNTRY

13. Plaintiffs adopt and re-allege the averments of paragraphs one through twelve as if set forth in full herein.

14. Plaintiffs further allege that the described breach of contract was done in bad faith. There was no arguable or debatable legal or factual basis for the significant delay in paying the Plaintiffs what they were owed under the homeowner's insurance policy.

15. Country, by and through its employees/agents, (1) had actual knowledge of the absence of any legitimate or arguable reason to deny or delay the claim or (2) intentionally failed to investigate the claim and/or failed to determine the existence of a lawful basis to deny or delay the claim.

16. As a result of the unreasonable and willful delay in paying the claim, Plaintiffs have been caused to suffer the loss of use of their primary residence for a significant period of time, leading to mental anguish and loss of mental solicitude.

17. Plaintiffs are entitled to punitive damages for the defendant's bad faith failure to pay the claim within a reasonable time period as required by their common law duties and the regulations set forth by the Alabama Commissioner of Insurance, Chapter 482-1-125.07 *Standards for Prompt, Fair, and Equitable Settlements Applicable to All Insurers.*

**WHEREFORE**, the Plaintiffs demand a judgment against Defendant in an amount deemed appropriate by a jury, plus costs.

## COUNT THREE

### NEGLIGENCE/WANTONNESS – TRAVIS PEETE

18. Plaintiffs adopt and re-allege the averments of paragraphs one through seventeen as if set forth in full herein.

19. At the outset of the Plaintiffs' subject homeowner's claim, Travis Peete was assigned as the Country adjustor to evaluate and handle the claim.

20. Defendant Travis Peete negligently, recklessly, or wantonly handled the subject claim by attempting to persuade the plaintiffs to use Mr. Peete's construction/home improvement business to perform repairs and remediation,

failing to properly review quotes, estimates, photographs, and other evidence about the damage, and failed to take reasonable measures to properly and timely handle the Plaintiff's homeowner's claim. As a result of Defendant Peete's conduct, Plaintiffs suffered an unreasonable delay in the processing and payment of the subject claim.

21. As a result of this negligent or wanton conduct by Defendant Peete, Plaintiffs have been caused to suffer the loss of use of their primary residence for a significant period of time, leading to mental anguish and loss of mental solicitude.

**WHEREFORE**, the Plaintiffs demand a judgment against Defendant in an amount deemed appropriate by a jury, plus costs.

## PLAINTIFF DEMANDS TRIAL BY STRUCK JURY

/s/ Tommy Siniard
Tommy Siniard (SIN008)

/s/ Bart Siniard
Bart Siniard (SIN027)

*Siniard Law, LLC*
Attorneys for Plaintiff
511 Madison Street SE
Post Office Box 18666
Huntsville, Alabama 35804
T: 256-500-1199
F: 256-500-4052
E: tommy@siniardlaw.com
bart@siniardlaw.com

## SERVE DEFENDANT VIA U.S. CERTIFIED MAIL

Country Mutual Insurance
Company
PO Box 2100
Bloomington, IL 61702

Travis Peete
Serve Via Process Server
16540 Mooresville Road
Athens, AL 35613



# Notice

## Stamped File Copy
## For Your Records

## THIS IS NOT A SERVICE COPY
## DO NOT SERVE



AlaFile E-Notice

47-CV-2025-900516.00

To:   THOMAS BARTON SINIARD
      bart@siniardlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following complaint was FILED on 3/31/2025 8:59:19 AM

Notice Date:     3/31/2025 8:59:19 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2025-900516.00

To:  TRAVIS PEETE
     16540 MOORESVILLE ROAD
     ATHENS, AL, 35613

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following complaint was FILED on 3/31/2025 8:59:19 AM

Notice Date:     3/31/2025 8:59:19 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2025-900516.00

To:   COUNTRY MUTUAL INSURANCE CO.
      P.O. BOX 2100
      BLOOMINGTON, IL, 61702

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following complaint was FILED on 3/31/2025 8:59:19 AM

Notice Date:      3/31/2025 8:59:19 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2025-900516.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL**

**NOTICE TO:** TRAVIS PEETE, 16540 MOORESVILLE ROAD, ATHENS, AL 35613

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), THOMAS BARTON SINIARD

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: 511 Madison Street, HUNTSVILLE, AL 35801

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of the Civil Procedure.

<em>[Name(s)]</em>

| 03/31/2025 | /s/ DEBRA KIZER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

<em>(Plaintiff's/Attorney's Signature)</em>

<strong>RETURN ON SERVICE</strong>

<em>Certified Mail</em>

☐ Return receipt of certified mail received in this office on _____.

<em>(Date)</em>

<em>Personal/Authorized</em>

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

| *(First and Last Name of Person Served)* | *(Name of County)* | *(Date)* |
|---|---|---|

Document left:

☐  with above-named Defendant;

☐  with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐  at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

<em>Return of Non-Service</em>

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

| *(First and Last Name of Person Served)* | *(Name of County)* | *(Date)* |
|---|---|---|

☐  the above-named Defendant;

☐  an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2025-900516.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL

**NOTICE TO:**   COUNTRY MUTUAL INSURANCE CO., P.O. BOX 2100, BLOOMINGTON, IL 61702

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), THOMAS BARTON SINIARD

,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 511 Madison Street, HUNTSVILLE, AL 35801

.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of    GLENNA MILAM
pursuant to the Alabama Rules of the Civil Procedure.                                                    *[Name(s)]*

| 03/31/2025 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ THOMAS BARTON SINIARD

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐   Return receipt of certified mail received in this office on

.
*(Date)*

*Personal/Authorized*

☐   I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in                                      County, Alabama on                              .

*(First and Last Name of Person Served)*          *(Name of County)*                        *(Date)*

Document left:

☐   with above-named Defendant;

☐   with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐   at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐   I certify that service of process of this Summons and the Complaint or other document was refused by

in                                      County, Alabama on                              who is:

*(First and Last Name of Person Served)*          *(Name of County)*                        *(Date)*

☐   the above-named Defendant;

☐   an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐   As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*                          *(Server's Signature)*                     *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*     *(Telephone Number of Designated Process Server)*

ELECTRONICALLY FILED
4/15/2025 9:32 AM
47-CV-2025-900516.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL**

**NOTICE TO:** TRAVIS PEETE, 16540 MOORESVILLE ROAD, ATHENS, AL 35613

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), THOMAS BARTON SINIARD

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 511 Madison Street, HUNTSVILLE, AL 35801

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of
pursuant to the Alabama Rules of the Civil Procedure.

| | | *[Name(s)]* |
|---|---|---|
| 03/31/2025 | /s/ DEBRA KIZER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

☒ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
TRAVIS PEETE   in LIMESTONE   County, Alabama on 4/13/2025 at 1:00 pm
*(First and Last Name of Person Served)*        *(Name of County)*                    *(Date)*

Document left:
  ☒ with above-named Defendant;
  ☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
  ☐ at the above-named Defendant's dwelling house or place or usual place of abode with some
    person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
          in          County, Alabama on       who is:
*(First and Last Name of Person Served)*    *(Name of County)*              *(Date)*
  ☐ the above-named Defendant;
  ☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☒ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

SPECIAL PROCESS SERVER
*(Type of Process Server)*         *(Server's Signature)*

                  SHEILDS WOODS
*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

                (256) 585-5015
*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

701 WATER MILL ROAD #10
*(Address of Server)*
MADISON AL 35758

**Service Return Copy**



# Notice

## Stamped File Copy
## For Your Records

## THIS IS NOT A SERVICE COPY
## DO NOT SERVE



AlaFile E-Notice

47-CV-2025-900516.00

To:  THOMAS BARTON SINIARD
     bart@siniardlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following RETURN ON SERVICE - SERVED was FILED on 4/15/2025 9:32:59 AM

Notice Date:     4/15/2025 9:32:59 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2025-900516.00

To:  COUNTRY MUTUAL INSURANCE CO. (PRO SE)
     P.O. BOX 2100
     BLOOMINGTON, IL, 61702-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following RETURN ON SERVICE - SERVED was FILED on 4/15/2025 9:32:59 AM

Notice Date:     4/15/2025 9:32:59 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2025-900516.00

To:   PEETE TRAVIS (PRO SE)
      16540 MOORESVILLE ROAD
      ATHENS, AL, 35613-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following RETURN ON SERVICE - SERVED was FILED on 4/15/2025 9:32:59 AM

Notice Date:      4/15/2025 9:32:59 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



# Notice

## Stamped File Copy
## For Your Records

## THIS IS NOT A SERVICE COPY
## DO NOT SERVE



AlaFile E-Notice

47-CV-2025-900516.00

To:   SINIARD THOMAS HOYT
      tommy@siniardlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following RETURN ON SERVICE - SERVED was FILED on 4/15/2025 9:32:59 AM

Notice Date:      4/15/2025 9:32:59 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



# Notice

## Stamped File Copy
## For Your Records

## THIS IS NOT A SERVICE COPY
## DO NOT SERVE



AlaFile E-Notice

47-CV-2025-900516.00

To:  THOMAS BARTON SINIARD
     bart@siniardlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

GLENNA MILAM ET AL V. COUNTRY MUTUAL INSURANCE CO. ET AL
47-CV-2025-900516.00

The following RETURN ON SERVICE - SERVED was FILED on 4/15/2025 9:32:59 AM

Notice Date:     4/15/2025 9:32:59 AM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390